1018

No. 83–660.  KEASLER v. GRANAT.  Sup. Ct. Wash.  Certiorari denied.

No. 83–666.  HERRING v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 83–668.  PACE v. SOUTHERN RAILWAY CO.  C. A. 11th Cir.  Certiorari denied.

No. 83–670.  GUNTER v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 83–675.  MITLO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–784.  BUFFALO FORGE CO. ET AL. v. OGDEN CORP.  C. A. 2d Cir.  Certiorari denied.

No. 83–792.  CALDEVILLA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–800.  CICCONI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–813.  ALLEN ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 83–5306.  FINCH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5332.  WILLIAMSON v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 83–5410.  MILLS v. COUNTY OF MONROE.  Ct. App. N. Y.  Certiorari denied.

No. 83–5420.  INGRAHAM v. MCCARTHY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 83–5465.  KINCAID v. EBERLE.  C. A. 7th Cir.  Certiorari denied.

No. 83–5540.  EVANS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.